judgment ordered for defendant on verdict, with costs.　Opinion by DAVIS, P. J.

CATHARINE H. MARX *v.* EDWARD McGLYNN. — Allowance of $2,000 granted.　Opinion *Per Curiam.*

ISAAC LUNNEY, *Respondent, v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, *Appellants.* — Order reversed.　Order entered as directed in opinion.　Opinion by DANIELS, J.

IN THE MATTER OF STEPHEN P. RUSSELL, JR. — Order to show cause granted.

IN THE MATTER OF WILLIAM DOLL — Order to show cause granted.